CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

BENEDICT J. KOLLER (SBN: 107478)
benedict.koller@comcast.net
LAW OFFICES OF BENEDICT J. KOLLER
65 E. Taylor
San Jose, CA 95112
Phone: (408) 299-0400
Facsimiles: (408) 299-0403
Attorneys for Defendants
Big Basin Properties, LLC, and
Zona Rosa LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>BIG BASIN PROPERTIES, LLC, a California Limited Liability Company; ZONA ROSA LLC, a California Limited Liability Company; and Does 1- 10,<br><br>    Defendants. | Case: 5:20-CV-08079-LHK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 15, 2021        CENTER FOR DISABILITY ACCESS

By: /s/Amanda Seabock
Amanda Seabock
Attorney for Plaintiff

Dated: April 15, 2021        LAW OFFICES OF BENEDICT J. KOLLER

By: /s/Benedict J. Koller
Benedict J. Koller
Attorneys for Defendants
Big Basin Properties, LLC, and
Zona Rosa LLC

2

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Benedict J. Koller, counsel for Big Basin Properties, LLC and Zona Rosa LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: April 15, 2021          CENTER FOR DISABILITY ACCESS

                               /s/Amanda Seabock
                               Amanda Seabock
                               Attorney for Plaintiff